# United States Court of Appeals
## For the First Circuit

No. 13-1940

MARK A. HANSEN,

Plaintiff, Appellant,

v.

SENTRY INSURANCE COMPANY,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

ERRATA SHEET

The opinion of this Court issued on June 25, 2014 is amended as follows:

On page 24, line 10, replace "causal" with "casual".